**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

CHAD SCOTT CARLSON,
Plaintiff,

vs.

Cv 00-1806 RHK/SRN

CITY OF MINNEAPOLIS, ETAL
Defendants.

--------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

PAUL DAVID DAWSON,
Plaintiff,

vs.

Cv 00-1807 PAM/JGL

CITY OF MINNEAPOLIS, ETAL
Defendants.

---

Case No. 00-1806 having been assigned to Judge Richard H. Kyle and Case No. 00-1807 having later been assigned to Judge Paul A. Magnuson, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1807 be assigned to Judge Richard H. Kyle and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: September 15, 2000

RICHARD H. KYLE, Judge
United States District Court

Dated: September 15, 2000

PAUL A. MAGNUSON, Judge
United States District Court

SEP 15 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Richard H. Kyle and Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER 00-1807 RHK/SRN

Use this case number for all further filings.