# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chad Scott Carlson

Plaintiff, Civil No. 00-1806 (RHK/SRN)

v.

City of Minneapolis, et al.,

Defendants.

**ORDER**

Paul David Dawson,

Plaintiff, Civil No. 00-1807 (RHK/SRN)

v.

City of Minneapolis, et al.,

Defendants.

A final settlement conference in the above matters is scheduled before Magistrate Judge Susan R. Nelson at 9:30 a.m. on October 2, 2001. In September 2000, Defendants filed a motion to consolidate the above actions for all purposes, including trial, together with a supporting memorandum. It appears that Plaintiffs have not responded to the motion and it remains unresolved. Accordingly the Defendants' Motion to Consolidate is referred to Judge Nelson for a recommended disposition. Plaintiffs are directed to serve and file a written response thereto no later than Thursday, September 27, 2001, so that the matter can be considered by Judge Nelson at the October 2 settlement conference.

Dated: September 21, 2001

RICHARD H. KYLE
United States District Judge

16

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM