**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chad Scott Carlson,

Plaintiff, Civil No. 00-1806 (RHK/SRN)

vs.

City of Minneapolis, et al.,

Defendants. **ORDER**

---

Paul David Dawson,

Plaintiff, Civil No. 00-1807 (RHK/SRN)

vs.

City of Minneapolis, et al.,

Defendants.

---

That portion of this Court's Order of September 21, 2001 referring Defendants' Motion to Consolidate to Magistrate Judge Susan R. Nelson for a recommended disposition is **VACATED**. Defendants' Motion to Consolidate the above cases for all purposes, including trial, is **GRANTED**.

Dated: October 1, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______