# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The document that needs to be attached in this entry will be placed here at a later date.